```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22181
   MARTIN J MCDONALD JR
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1307


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 11/27/2007 and was not confirmed.

     The case was dismissed without confirmation 03/06/2008.
----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
AMERICAN EAGLE BANK      SECURED VEHIC    9165.00             .00            .00
AMERICAN EAGLE BANK      UNSECURED        NOT FILED           .00            .00
CHASE MANHATTAN MORTGAGE CURRENT MORTG         .00            .00            .00
CHASE MANHATTAN MORTGAGE MORTGAGE ARRE   14560.84             .00            .00
HARRIS BANK              CURRENT MORTG         .00            .00            .00
HARRIS BANK              CURRENT MORTG         .00            .00            .00
KIMBERLY J WEISSMAN      NOTICE ONLY      NOT FILED           .00            .00
GMAC MORTGAGE            CURRENT MORTG         .00            .00            .00
GMAC MORTGAGE            MORTGAGE ARRE   52843.67             .00            .00
COOK COUNTY TREASURER    PRIORITY         NOT FILED           .00            .00
COOK COUNTY TREASURER    PRIORITY         NOT FILED           .00            .00
CAPITAL ONE              UNSECURED          860.08            .00            .00
CITIBANK                 UNSECURED        NOT FILED           .00            .00
HOME DEPOT               UNSECURED        NOT FILED           .00            .00
MEIJER PLATINUM MASTERCA UNSECURED        NOT FILED           .00            .00
FRANK MCDONALD           NOTICE ONLY      NOT FILED           .00            .00
GMAC MORTGAGE CORPORATIO NOTICE ONLY      NOT FILED           .00            .00
MICHELE L OHLSON & ASSOC DEBTOR ATTY            .00                          .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                    --------------         --------------
TOTALS                     .00                     .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22181 MARTIN J MCDONALD JR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```